In Re: Lester D Botkin                              Case No.   05-12499
      112571658                                  Chapter:   7

## NOTICE AND REQUEST FOR ALL NOTICES

Snap-on Credit LLC formerly known as Snap-on Credit Corporation, a creditor and party in interest, has reassigned its interest in certain accounts to the undersigned Snap-on Dealer and, hereby enters this Notice of Request for All Notices in this case on behalf of the Dealer and requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure to be given, including notices under Rule 2002, to the Dealer at the following address:

              Daniel Christensen
              1195 Carolina Pl
              Jackson, MO 63755

Dated:    10/21/2005

SNAP-ON CREDIT LLC on behalf of Daniel Christensen

      By: _____
           Jody Huber
           Paralegal

S:\WORD\BKTCY\FULLRECOURSE\CCOA-DLR
(08/01/00)DS